

```
FILED              RECEIVED
ENTERED            SERVED ON
         COUNSEL/PARTIES OF RECORD

       MAR 3 1 2015

     CLERK US DISTRICT COURT
       DISTRICT OF NEVADA
BY:_____ DEPUTY
```

DANIEL G. BOGDEN
United States Attorney
PHILLIP N. SMITH, JR.
Assistant United States Attorney
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
PHONE: (702) 388-6503
FAX: (702) 388-6418
Attorneys for the Plaintiff

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
## -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL INDICTMENT |
| PLAINTIFF, ) | 2:15-CR-__91__ |
| vs. ) | VIOLATION: |
| PAUL SCOTT NELSON, ) | 18 U.S.C. §§ 922(g)(1) and 924(a)(2) - Felon in Possession of a Firearm. |
| DEFENDANT. ) | |

**THE GRAND JURY CHARGES THAT:**

### COUNT ONE
Felon in Possession of a Firearm

On or about December 8, 2014, in the State and Federal District of Nevada,

**PAUL SCOTT NELSON,**

defendant herein, having been convicted of crimes punishable by imprisonment for a term exceeding one year, in the State of Nevada, to wit: Attempt Stop Required on Signal of Police Officer, in the Eighth Judicial District Court, Clark County, on or about August 4, 2003, in Case No. C183894; and Aggravated Stalking, in the Eighth Judicial District Court, Clark

County, on or about September 24, 2004; and Stop Required on Signal of Police Officer, in the Eighth Judicial District Court, Clark County, on or about September 24, 2004, in Case No. C203431; and Burglary, in the Eighth Judicial District Court, Clark County, on or about September 27, 2004, in Case No. C203195; and Battery with a Deadly Weapon, in the Eighth Judicial District Court, Clark County, on or about October 15, 2004, in Case No. C203277; and Assault with a Deadly Weapon, in the Eighth Judicial District Court, Clark County, on or about October 15, 2004, in Case No. C203432, did knowingly possess a firearm, to wit: a Dan Wesson Arms .357 caliber revolver bearing serial number 186106, said possession being in and affecting interstate commerce and said firearm having been shipped and transported in interstate commerce, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

### COUNT TWO
### Felon in Possession of a Firearm

On or about February 6, 2015, in the State and Federal District of Nevada,

**PAUL SCOTT NELSON,**

defendant herein, having been convicted of crimes punishable by imprisonment for a term exceeding one year, in the State of Nevada, to wit: Attempt Stop Required on Signal of Police Officer, in the Eighth Judicial District Court, Clark County, on or about August 4, 2003, in Case No. C183894; and Aggravated Stalking, in the Eighth Judicial District Court, Clark County, on or about September 24, 2004; and Stop Required on Signal of Police Officer, in the Eighth Judicial District Court, Clark County, on or about September 24, 2004, in Case No. C203431; and Burglary, in the Eighth Judicial District Court, Clark County, on or about September 27, 2004, in Case No. C203195; and Battery with a Deadly Weapon, in the Eighth Judicial District Court, Clark County, on or about October 15, 2004, in Case No. C203277;

and Assault with a Deadly Weapon, in the Eighth Judicial District Court, Clark County, on or about October 15, 2004, in Case No. C203432, did knowingly possess a firearm, to wit: a Norinco SKS 7.62 x 39 millimeter semi-automatic rifle bearing serial number 24009745, said possession being in and affecting interstate commerce and said firearm having been shipped and transported in interstate commerce, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

### COUNT THREE
Felon in Possession of a Firearm

On or about February 20, 2015, in the State and Federal District of Nevada,

**PAUL SCOTT NELSON**,

defendant herein, having been convicted of crimes punishable by imprisonment for a term exceeding one year, in the State of Nevada, to wit: Attempt Stop Required on Signal of Police Officer, in the Eighth Judicial District Court, Clark County, on or about August 4, 2003, in Case No. C183894; and Aggravated Stalking, in the Eighth Judicial District Court, Clark County, on or about September 24, 2004; and Stop Required on Signal of Police Officer, in the Eighth Judicial District Court, Clark County, on or about September 24, 2004, in Case No. C203431; and Burglary, in the Eighth Judicial District Court, Clark County, on or about September 27, 2004, in Case No. C203195; and Battery with a Deadly Weapon, in the Eighth Judicial District Court, Clark County, on or about October 15, 2004, in Case No. C203277; and Assault with a Deadly Weapon, in the Eighth Judicial District Court, Clark County, on or about October 15, 2004, in Case No. C203432, did knowingly possess a firearm, to wit: an AMT .380 caliber semi-automatic handgun bearing serial number G16986, said possession

being in and affecting interstate commerce and said firearm having been shipped and transported in interstate commerce, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

DATED: this 31st day of March 31, 2015.

**A TRUE BILL:**

/S/
FOREPERSON OF THE GRAND JURY

DANIEL G. BOGDEN
United States Attorney

*[signature]*
PHILLIP N. SMITH, JR.
Assistant United States Attorney