# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:15-cr- 91 |
| Plaintiff, | WRIT OF HABEAS CORPUS AD PROSEQUENDUM FOR PAUL SCOTT NELSON |
| vs. | (ID#) 1102790 |
| PAUL SCOTT NELSON, | |
| Defendant. | |

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO: WARDEN,
CLARK COUNTY DETENTION CENTER
LAS VEGAS, NEVADA
UNITED STATES MARSHAL FOR THE DISTRICT OF
NEVADA AND ANY OTHER UNITED STATES MARSHAL

G R E E T I N G S:

WE COMMAND that you have the body of **PAUL SCOTT NELSON**, detained in the custody of the Warden, Clark County Detention Center before the United States District Court at the Lloyd D. George United States Courthouse in Las Vegas, Nevada, on or about _IA/AP Tues 4/7/15 3:00 PM VCF 3D_, at the hour of 3:00 p.m., for arraignment and from time to time and day to day thereafter, at such times and places as may be ordered and directed by the Court entitled above, until the said **PAUL SCOTT NELSON** is released and discharged by the said Court; and that you shall thereafter return the said **PAUL SCOTT NELSON** to the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada, under safe and secure conduct, and have you then and there this writ.

DATED: March 31, 2015

_____
UNITED STATES MAGISTRATE JUDGE
March 31, 2015
DATE

LANCE S. WILSON
CLERK
_Lance S. Wilson_
(By) DEPUTY CLERK