1
2
3
4
5
6
7                           **UNITED STATES DISTRICT COURT**
8                               **DISTRICT OF NEVADA**
9
10   UNITED STATES OF AMERICA,                    )          Case No. 2:15-cr-00091-GMN-NJK
                              Plaintiff,          )
11                                                )          ORDER
     vs.                                          )
12                                                )          (Docket No. 23)
     PAUL SCOTT NELSON,                           )
13                                                )
                              Defendant.          )
14   _____ )

15          Pending before the Court is Defendant's motion for status conference, Docket No. 23, which is
16   hereby **GRANTED**.  The Court **SETS** a status conference on October 6, 2015, at 11:00 a.m. in
17   Courtroom 3C.  Defendant and counsel must be present.
18          IT IS SO ORDERED.
19          DATED: October 2, 2015.
20
21
22                                                _____
                                                  NANCY J. KOPPE
23                                                United States Magistrate Judge
24
25
26
27
28