# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:15-cr-091-GMN-NJK |
| Plaintiff, | **ORDER** |
| v. | |
| PAUL SCOTT NELSON, | |
| Defendant. | |

The reasons being sound, the parties being in agreement and the best interests of justice and judicial economy being served:

**IT IS HEREBY ORDERED** that the Probation Department prepare a pre-plea presentence investigation report for PAUL SCOTT NELSON.

DATED this ____20____ day of October, 2015.

The Pre-Plea Report need only address the defendant's criminal history calculation.

_____
UNITED STATES DISTRICT JUDGE