# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:15-cr-00091-GMN-NJK |
| Plaintiff, | ORDER |
| vs. | (Docket No. 36) |
| PAUL SCOTT NELSON, | |
| Defendant. | |

Pending before the Court is Defendant's motion for status conference, Docket No. 36, which is hereby **GRANTED**.  The Court **SETS** a status conference on December 30, 2015, at 10:00 a.m. in Courtroom 3B.  Defendant and counsel must be present.

IT IS SO ORDERED.

DATED: December 28, 2015.

_____
NANCY J. KOPPE
United States Magistrate Judge