TERRENCE M. JACKSON, ESQ.
Nevada Bar No. 00854
Law Office of Terrence M. Jackson
624 South Ninth Street
Las Vegas, NV 89101
T: (702) 386-0001 / F: (702) 386-0085
terry.jackson.esq@gmail.com

Counsel for Defendant, *Paul Scott Nelson*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No.: 2:15-cr-00091-GMN-NJK |
| -vs- | **STIPULATION TO CONTINUE** |
| PAUL SCOTT NELSON, | **SENTENCING HEARING** [ECF 78] |
| Defendant. | [Second Request] |

IT IS HEREBY STIPULATED AND AGREED, by and through Dayle Elieson, United States Attorney, and between Phillip N. Smith, Jr., Assistant United States Attorney and Terrence M. Jackson, Esquire, counsel for defendant Paul Scott Nelson, which stipulate and request that the Court continue Defendant's sentencing hearing, currently scheduled for Friday, March 30, 2018 at 9:00 a.m. [dkt. 78] for no less than two weeks, to Friday, April 13, 2018, or later at this Honorable Court's convenience.

The parties agree to this stipulated continuance of the sentencing in order for the Defendant to have additional time to prepare mitigating evidence for sentencing.

This stipulation is entered into for the following reasons:

1. The Defendant needs additional time to prepare mitigating evidence prior to the sentencing;

2. The parties agree to a continuance.

3. This is the second continuance sought.

. . .

1   WHEREFORE, the parties stipulate and request that the Court continue Defendant Paul Scott
2   Nelson's sentencing hearing, currently scheduled for March 30, 2018, be continued for no less than
3   two weeks, to April 13, 2018, or a date convenient for the Court.
4   This is the second request to continue the sentencing in this matter.

6   RESPECTFULLY SUBMITTED this 29th day of March, 2018.

8                                         DAYLE ELIESON
9                                         United States Attorney

11   */s/ Terrence M. Jackson*              */s/ Phillip N. Smith, Jr.*
12   TERRENCE M. JACKSON                    PHILLIP N. SMITH, JR.
13   Attorney for Defendant,                Attorney for Plaintiff,
14   PAUL SCOTT NELSON                      UNITED STATES OF AMERICA

TERRENCE M. JACKSON, ESQ.
Nevada Bar No. 00854
Law Office of Terrence M. Jackson
624 South Ninth Street
Las Vegas, NV 89101
T: (702) 386-0001 / F: (702) 386-0085
terry.jackson.esq@gmail.com
Counsel for Defendant, *Paul Scott Nelson*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>-vs-<br><br>PAUL SCOTT NELSON,<br><br>　　　　　　Defendant. | Case No.: 2:15-CR-00091-GMN-NJK<br><br>**Order Continuing Sentencing Hearing** |

Based upon the pending Stipulation of Counsel, and good cause appearing therefore, the Court hereby finds that:

1. The Defendant needs additional time to prepare mitigating evidence for sentencing;

2. The parties agree to a continuance;

3. This is the second continuance sought.

Defendant Nelson does not oppose the requested continuance and waives any right he may have to a speedy sentencing in this matter.

The Court hereby concludes that the ends of justice are best served by granting this continuance of Defendant Paul Scott Nelson's sentencing.

IT IS HEREBY ORDERED that the sentencing, currently scheduled for 3/30/2018 at 9:00 a.m., be vacated and reset for Friday, April 13, 2018, at 10:00 a.m. in Courtroom 7D.

DATED: 3/29/2018.

_____
GLORIA M. NAVARRO,
Chief Judge, U.S. District Court