UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

      Plaintiff,

                  Case No. 2:15-cr-00091-GMN-NJK

vs.

PAUL SCOTT NELSON ,

      Defendant.

---

## ORDER TEMPORARILY UNSEALING TRANSCRIPT

   On 05/07/18, this court received a transcript order form dated 05/07/18, requesting the transcript of hearings held on 10/06/15 and 12/30/15 from G. Michael Tanaka, counsel for defendant, in which a portion of the hearing is sealed.

   IT IS THE ORDER OF THE COURT that the portion of the sealed recording shall be unsealed by the Clerk for the limited purpose of providing a transcript of the hearing as requested by defendant's counsel.

   IT IS FURTHER ORDERED that the sealed portion of the recording shall thereafter be resealed by the Clerk, until further order of this Court.

   IT IS FURTHER ORDERED that defendant's counsel shall not disclose the sealed contents of the transcript to anyone other than the representatives of the parties directly concerned with this case.

DATE: 5/17/2018

                                        NANCY J. KOPPE
                                    UNITED STATES MAGISTRATE JUDGE