# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

**UNITED STATES OF AMERICA,**

   Plaintiff,                                        Case No. 2:15-cr-00091-GMN-NJK

   vs.

**PAUL SCOTT NELSON,**

   Defendant.

_____

## ORDER TEMPORARILY UNSEALING TRANSCRIPT

On 05/07/18, this Court received a transcript order form dated 05/07/18 requesting the transcript of hearing held on 08/29/17 from G. Michael Tanaka, counsel for defendant, in which a portion of the hearing is sealed.

IT IS THE ORDER OF THE COURT that the portion of the sealed recording shall be unsealed by the Clerk for the limited purpose of providing a transcript of the hearing as requested by defendant's counsel.

IT IS FURTHER ORDERED that the sealed portion of the recording shall thereafter be resealed by the Clerk until further order of this Court.

IT IS FURTHER ORDERED that defendant's counsel shall not disclose the sealed contents of the transcript to anyone other than the representatives of the parties directly concerned with this case.

DATE: June 15, 2018

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE