# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

PAUL SCOTT NELSON,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

JUDGMENT

Case Number: 2:15-cr-00091-GMN-NJK

(Related case: 2:19-cv-00528-GMN)

__ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

X **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Petitioner's motion under 28 U.S.C. § 2255 to vacate, set aside, or correct his sentence is DENIED.
IT IS FURTHER ORDERED that petitioner is denied a certificate of appealability.

12/26/2019
Date

DEBRA K. KEMPI
Clerk

/s/ A. Reyes
Deputy Clerk