# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> PAUL SCOTT NELSON, ) <br> ) <br> Defendants. ) <br> ) | Case No.: 2:15-cr-00091-GMN-NJK-1 <br><br> **ORDER** |

Pending before the Court is Defendant Paul Scott Nelson's ("Defendant's") Sealed Ex Parte Motion to Withdraw Amy Cleary ("Cleary") as Attorney and Appoint New Counsel, (ECF No. 117). The Motion seeks an order relieving Cleary and the Office of the Federal Public Defender as attorney of record in this case because of a prohibitive conflict of interest. It further requests the Court appoint CJA counsel for Defendant.

Accordingly, for good cause appearing,

**IT IS HEREBY ORDERED** that Defendant's Motion, (ECF No. 117), is **GRANTED**.

**IT IS FURTHER ORDERED** that the Court hereby refers this case to the CJA Administrator within the Office of the Federal Public Defender for reassignment to CJA counsel.

**DATED** this __27__ day of February, 2020.

_____
Gloria M. Navarro, District Judge
United States District Court

Page 1 of 1